# EXHIBIT 1

Schedule 1

| BANK CLEAR DATE | PAYMENT ID | PAYMENT CURRENCY | PAYMENT METHOD | PAYMENT AMOUNT | INVOICE DATE | INVOICE NUMBER | Preference Amount USD |
|---|---|---|---|---|---|---|---|
| 7/8/2008 | 0002075259 | USD | CHK | $129,694.53 | 5/30/2008 | 109140 | $129,694.53 |
| 7/17/2008 | 0002076929 | USD | CHK | $998.74 | 5/28/2008 | 109133 | $998.74 |
| | 0002077571 | USD | CHK | $109,208.40 | 6/12/2008 | 109274 | $109,208.40 |
| 7/23/2008 | 0002078079 | USD | CHK | $139,870.94 | 6/16/2008 | 109305 | $139,870.94 |
| 7/30/2008 | 0002079063 | USD | CHK | $96,740.94 | 6/20/2008 | 109322 | $96,740.94 |
| 8/8/2008 | 0002081695 | USD | CHK | $52,125.59 | 6/30/2008 | 109488 | $52,125.59 |
| 8/15/2008 | 0002083114 | USD | CHK | $321,491.32 | 6/30/2008 | 109530 | $321,491.32 |
| 9/3/2008 | 0002084453 | USD | CHK | $455,101.31 | 7/9/2008 | 109649 | $45,502.33 |
| | | | | | 7/17/2008 | 109650 | $179,819.05 |
| | | | | | 7/18/2008 | 109651 | $229,779.93 |
| | 0002085140 | USD | CHK | $45,428.04 | 3/4/2008 | 108440 | $1,896.56 |
| | | | | | 7/2/2008 | 109514 | $500.00 |
| | | | | | 7/7/2008 | 109523 | $844.20 |
| | | | | $42,187.28 | 7/22/2008 | 109662 | $42,187.28 |
| 9/9/2008 | 0002086925 | USD | CHK | $185,567.26 | 7/17/2008 | 109636 | $185,567.26 |
| Grand Total | | | | | | | **$1,536,227.07** |